JS-6

FRANCIS E. PENNINGTON III, Mo. Bar #26194
7733 Forsyth Blvd. Suite 680
St Louis, MO 63105
Tel: (314) 863-4080
Fax: (314) 862-3080
Admitted Pro Hac Vice

STEVEN H. GARDNER, CSBN #70921
9595 Wilshire Blvd. #610
Beverly Hills, Cal 90212
Tel: (310) 246-2300
Fax: (310) 246-2328

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KENNETH S. ROTSKOFF, JUDITH ROTSKOFF, GERARD GREWE, AND MICHAEL PRUETT,<br><br>Plaintiffs,<br><br>v.<br><br>WESTER S. COOLEY and ROSEMARY H. COOLEY,<br><br>Defendants. | CASE NO.ED: EDCV05-00314-AG<br><br>**PLAINTIFFS' JUDGMENT** |

This cause having come on for trial, and the Court's having received and entered the stipulation of facts of the parties, having received the evidence and heard the testimony, and having previously entered its findings of fact and conclusions of law, the Court orders, adjudges and decrees that plaintiffs, ("Plaintiffs") Kenneth S. Rotskoff, Judith Rotskoff, Gerard Grewe and Michael Pruett shall take nothing ($0) from defendant Rosemary Cooley on plaintiffs' complaint herein, and that judgment be and hereby is entered in favor of defendant Rosemary Cooley and against plaintiffs Kenneth S. Rotskoff, Judith Rotskoff, Gerard Grewe and Michael Pruett on plaintiffs' complaint, with Rosemary Cooley recovering costs of $_____.

Dated: September 30, 2008

Andrew J. Guilford
United States District Judge